**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| STOLLER ENTERPRISES, INC.; | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:20-cv-00750 |
| | § | |
| FINE AGROCHEMICALS LTD., | § | Judge Andrew S. Hanen |
| FINE AMERICAS INC.; | § | |
| CJB INDUSTRIES, INC.; and | § | |
| VIVID LIFE SCIENCES, LLC | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## JOINT STATUS REPORT AND REQUEST FOR TRIAL SETTING

Pursuant to the Court's Order (Dkt. 198) for a proposed scheduling order or filing regarding case status, the parties have conferred and consulted with their experts and anticipated witnesses. The parties agree that a five-day trial setting is appropriate for this case. The parties have determined that counsel and witnesses necessary for trial[1] are available and respectfully request that the Court set this matter for trial during one of the following agreed-upon weeks:

October 12 to October 16, 2026;

December 7 to December 11; or

December 14 to December 18.

The parties are prepared to promptly submit a proposed scheduling order that will take this case to conclusion following the Court's selection of a trial date.

In addition, Stoller seeks to join Corteva Agriscience, LLC ("Corteva") as a necessary party. Stoller has provided Defendants with Stoller's IP Legal Title Purchase and Assignment Agreement relating to the patents-in-suit demonstrating Corteva's standing under 35 U.S.C. § 281. Defendants state that the agreement provided does not adequately identify Stoller and

---

[1] Two of Defendants' witnesses are located outside of the United States, and thus Defendants respectfully request that the Court set trial during one of the periods when these witnesses are available for trial.

- 1 -

- 2 -

Corteva's respective basis for claiming constitutional and statutory standing in the patents-in-suit and have sought additional discovery related to Corteva's acquisition of Stoller; on that basis, Defendants were not able to consent to the requested relief, namely Corteva's proposed joinder. Defendants will provide an opposition to the motion to join Corteva.

Plaintiff has informed Defendants that it is not aware of any documents responsive to their requests relating to the IP Legal Title Purchase and Assignment Agreement. Plaintiff is in the process of reviewing the remainder of Defendants' discovery requests, and will address them in supplemental responses.

In addition, the parties are discussing supplementation of Defendants' relevant financial documents in view of the passage of time since the close of discovery.

Respectfully submitted,

Dated: May 1, 2026

/s/ James D. Petruzzi
James D. Petruzzi
Texas Bar No. 15853280
SD Tex. Bar No. 13827
THE PETRUZZI LAW FIRM
11111 Katy Fwy Ste. 910
Houston, Texas 77079
Tel.: (713) 840-9993
Fax: (713) 877-9100
Jim@Petruzzi.com

Gregory L. Porter
Attorney-in-charge
Texas Bar No. 24002784
SD Tex. Bar No. 34185
HUNTON ANDREWS KURTH LLP
600 Travis Street
Suite 4200
Houston, TX 77002
Tel: (713) 220-4600
Fax: (713) 220-4285
GregPorter@huntonAK.com

- 3 -

Laura Maupin
Texas Bar No. 24037048
SD Tex. Bar No. 3810922
MAUPIN REDMAN
101 Rainbow Drive #3878
Livingston, TX 77399
Tel: (832) 930-0830
Fax: (346) 299-6586
laura@maupinredman.com

***Counsel for Plaintiff***

**AND**

*/s/ David S. Lynch*_____
David S. Lynch

**KILPATRICK TOWNSEND &
STOCKTON LLP**
David S. Lynch
Texas Bar No. 12725825
700 Louisiana, 43rd Floor
Houston, Texas 77002
(281) 809-4100
DLynch@kilpatricktownsend.com

Justin L. Krieger (*pro hac vice*)
DC Bar No. 479442
Kevin M. Bell (*pro hac vice*)
CO Bar No. 39102
1400 Wewatta St., Suite 600
Denver, CO 80202
(303) 571-4000
JKrieger@kilpatricktownsend.com
kbell@kilpatricktownsend.com

Michael T. Morlock (*pro hac vice*)
Ga. Bar No. 647460
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
(404) 815-6500
MMorlock@kilpatricktownsend.com

- 3 -

- 4 -

Kathleen R. Geyer (*pro hac vice*)
Wa. Bar No. 55493
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
(206) 467-9600
kgeyer@kilpatricktownsend.com

***Counsel for Defendants***

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 1, 2026, I caused a copy of the foregoing **Joint Status Report and Request for Trial Setting** to be electronically filed with the Clerk of the United States District Court for the Southern District of Texas by using the CM/ECF system, which will send notice of such filing to all counsel of record.

/s/ Laura Maupin
Laura Maupin