**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| STOLLER ENTERPRISES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:20-cv-00750 |
| | § | |
| FINE AGROCHEMICALS LTD., | § | Judge: Judge Andrew S. Hanen |
| FINE AMERICAS INC., | § | |
| CJB INDUSTRIES, INC., and | § | |
| VIVID LIFE SCIENCES, LLC | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**STOLLER ENTERPRISES, INC.'S PROPOSED QUESTIONS FOR VOIR DIRE EXAMINATION AND JURY CHARGE**

## I. PROPOSED QUESTIONS FOR VOIR DIRE EXAMINATION

1. Have you ever been on a jury?
   a. Criminal or civil case?
   b. Outcome?
   c. Were you the foreperson?

2. Have you ever been involved in a lawsuit, as a plaintiff, defendant or witness? Please describe your involvement and what happened:

3. Have you ever invented something or sought patent protection? If so, was a patent granted? What was the subject matter?

4. Have you ever created or developed something and had someone else claim the idea as their own? If yes, please explain.

5. Have you ever been accused of claiming someone else's idea as your own? If yes, please explain.

6. Do you, a family member, or close friend have any special training, education or work experience in the following areas:

| AREA | IF YES, WHO? | EXPLAIN |
|---|---|---|
| 1 Law, law firms, court system | | |
| 2 Patents, copyrights, trademarks | | |
| 3 Chemical processes, agriculture, landscaping, or pesticides | | |
| 4 Product Research and Development | | |
| 5 Manufacturing | | |
| 6. Accounting or Bookkeeping | | |

7. Have you or your spouse ever owned a business? What type?

8. Do you, a family member, or a close friend have any business relationship (including

stock ownership) with any of the following people or companies?

a. Stoller Enterprises, Inc.
b. Corteva Agriscience
c. Fine Agrochemicals LTD
d. Fine Americas, Inc.
e. CJB Industries, Inc.
f. Vivid Life Sciences, LLC
g. Land O'Lakes
h. Winfield United
i. GROWMARK, Inc.
j. Nutrien
k. Exacto, Inc.
l. Wilbur-Ellis
m. Dow Chemical or Dow Agricultural

If yes, please explain the relationship.

9. Have you heard or read anything about the legal dispute between Stoller and Fine Agrochemicals, Fine Americas Inc., CJB, and Vivid?

If yes, what is the source of the information you've heard or read about the dispute? What have you heard or read about the dispute?

10. Have you formed any impression of the dispute? If yes, please explain.

11. Do you do any of the following:
a. use the Internet for searches? If yes, how often?
b. maintain a blog?
c. maintain a social media account?

12. What are your thoughts or impressions of the U.S. Patent system?

13. If you are selected to be a member of the jury, you must follow the law that the Judge will tell you to apply, disregarding your own ideas about what the law is or should be. Will you do this?

14. Jurors have to listen to the testimony of the various witnesses and decide how much or how little weight to give the testimony. Are you willing and able to do that?

15. Do you know of anything we haven't touched on that might affect your qualifications or ability to serve as a juror in this case or prevent you from rendering an impartial verdict based solely on the evidence and on the Judge's instructions to you about the law?

## II. PROPOSED JURY CHARGE

### A. Proposed Charge, Including Special Interrogatories

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance and on the law applicable to the subject matter covered by each question.

**QUESTIONS AND ANSWERS**

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

For Questions 1 and 2 below, check the box to the left of each asserted claim for which you unanimously find Stoller proved the infringement identified in the question by a preponderance of the evidence. Make a separate finding for each defendant and each accused product or product group.

**Question No. 1: Direct Infringement. For each defendant and accused product or product group below, did Stoller prove by a preponderance of the evidence that the defendant directly infringed any of the asserted claims of the ’883 Patent or the ’229 Patent through the identified accused product(s)?**

**Fine Agrochemicals Ltd.**

| Accused Product(s) | ’883 Patent Claims Infringed | ’229 Patent Claims Infringed |
|---|---|---|
| **FAL 1780 Advantigro / Maxport / Mascrop / Luster / Revel** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |
| **FAL 1781 Seed Fuel** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |
| **FAL 1783 Vigeo / Periscope** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |
| **FAL 1786 Hone / Crest** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |

**Fine Americas Inc.**

| Accused Product(s) | ’883 Patent Claims Infringed | ’229 Patent Claims Infringed |
|---|---|---|
| **FAL 1780 Advantigro / Maxport / Mascrop / Luster / Revel** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |
| **FAL 1781 Seed Fuel** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |
| **FAL 1783 Vigeo / Periscope** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |
| **FAL 1786 Hone / Crest** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |

**CJB Industries, Inc.**

| Accused Product(s) | ’883 Patent Claims Infringed | ’229 Patent Claims Infringed |
|---|---|---|
| **FAL 1780 Advantigro / Maxport / Mascrop / Luster / Revel** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |
| **FAL 1781 Seed Fuel** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |
| **FAL 1783 Vigeo / Periscope** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |
| **FAL 1786 Hone / Crest** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |

**Vivid Life Sciences, LLC**

| Accused Product(s) | ’883 Patent Claims Infringed | ’229 Patent Claims Infringed |
|---|---|---|
| **FAL 1783 Vigeo / Periscope** | ☐ 1 ☐ 2 ☐ 5 ☐ 6<br>☐ 7 ☐ 8 ☐ 10 ☐ 11<br>☐ 12 ☐ 13 ☐ 14 ☐ 15<br>☐ 16 ☐ 17 ☐ 18 ☐ 19 | ☐ 1 ☐ 2 ☐ 3 ☐ 4<br>☐ 6 ☐ 7 ☐ 8 ☐ 9<br>☐ 10 ☐ 11 ☐ 12 ☐ 14<br>☐ 15 ☐ 16 ☐ 17 ☐ 18<br>☐ 19 ☐ 21 |

**Question No. 2: Induced Infringement. For each defendant and product or product group below, did Stoller prove by a preponderance of the evidence that the defendant induced Winfield to directly infringe any of the asserted claims of the ’883 Patent or the ’229 Patent through the identified product?**

**Fine Agrochemicals Ltd.**

| Accused Product(s) | ’883 Patent Claims Induced | ’229 Patent Claims Induced |
|---|---|---|
| **FAL 1701 Ascend SL / Gravity SL PGS/ Gravity SL** | ☐ 1 ☐ 2 ☐ 5 ☐ 6<br>☐ 7 ☐ 8 ☐ 10 ☐ 11<br>☐ 12 ☐ 13 ☐ 14 ☐ 15<br>☐ 16 ☐ 17 ☐ 18 ☐ 19 | ☐ 1 ☐ 2 ☐ 3 ☐ 4<br>☐ 6 ☐ 7 ☐ 8 ☐ 9<br>☐ 10 ☐ 11 ☐ 12 ☐ 14<br>☐ 15 ☐ 16 ☐ 17 ☐ 18<br>☐ 19 ☐ 21 |
| **FAL 1703 Ascend PRO** | ☐ 1 ☐ 2 ☐ 5 ☐ 6<br>☐ 7 ☐ 8 ☐ 10 ☐ 11<br>☐ 12 ☐ 13 ☐ 14 ☐ 15<br>☐ 16 ☐ 17 ☐ 18 ☐ 19 | ☐ 1 ☐ 2 ☐ 3 ☐ 4<br>☐ 6 ☐ 7 ☐ 8 ☐ 9<br>☐ 10 ☐ 11 ☐ 12 ☐ 14<br>☐ 15 ☐ 16 ☐ 17 ☐ 18<br>☐ 19 ☐ 21 |

**Fine Americas Inc.**

| Accused Product(s) | ’883 Patent Claims Induced | ’229 Patent Claims Induced |
|---|---|---|
| **FAL 1701 Ascend SL / Gravity SL PGS/ Gravity SL** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |
| **FAL 1703 Ascend PRO** | □ 1 □ 2 □ 5 □ 6<br>□ 7 □ 8 □ 10 □ 11<br>□ 12 □ 13 □ 14 □ 15<br>□ 16 □ 17 □ 18 □ 19 | □ 1 □ 2 □ 3 □ 4<br>□ 6 □ 7 □ 8 □ 9<br>□ 10 □ 11 □ 12 □ 14<br>□ 15 □ 16 □ 17 □ 18<br>□ 19 □ 21 |

**Question No. 3: Have Defendants proven by clear and convincing evidence that the ’883 patent is invalid for obviousness?**

______Yes _______ No

**Question No. 4: <u>If you answered “Yes” in Question 4</u>, list the prior art combination that makes the ’883 patent obvious:**

________________________________________________________________________

**Question No. 5: Have Defendants proven by clear and convincing evidence that the ’229 patent is invalid for obviousness?**

______Yes _______ No

**Question No. 7: <u>If you answered “Yes” in Question 6</u>, list the prior art combination that makes the ’229 patent obvious:**

________________________________________________________________________

**Question No. 8: What amount of damages, if any, is Stoller entitled to recover from each defendant?**

Fine Agrochemicals LTD $_________________________

Fine Americas, Inc. $___________________________

CJB Industries, Inc. $___________________________

Vivid Life Sciences, LLC $___________________________

**VERIFICATION**

Please have the foreperson sign and date this form.

Signed: ____________________________________________
Foreperson

Dated: _____________

After the verdict form has been signed, notify the [clerk/bailiff/court attendant]

### B. Proposed Jury Instructions and Definitions

See separately filed Proposed Jury Instructions and Definitions.

Dated: October 8, 2026

/s/ Gregory L. Porter
Gregory L. Porter
Attorney-in-charge
Texas Bar No. 24002784
SD Tex. Bar No. 34185
HUNTON ANDREWS KURTH LLP
600 Travis Street
Suite 4200
Houston, TX 77002
Tel: (713) 220-4600
Fax: (713) 220-4285 888 4190
GregPorter@huntonAK.com

James D. Petruzzi
Texas Bar No. 15853280
SD Tex. Bar No. 13827
THE PETRUZZI LAW FIRM
10497 Town & Country Way
Suite 753
Houston, Texas 77024
Tel.: (713) 840-9993
Fax: (713) 877-9100
Jim@Petruzzi.com

Laura Maupin
Texas Bar No. 24037048
SD Tex Bar No. 3810922
MAUPIN REDMAN
101 Rainbow Drive #3878
Livingston, Texas 77399
Tel.: (832) 930-0830
laura@maupinredman.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing **STOLLER'S PROPOSED QUESTIONS FOR EXAMINATION AND JURY CHARGE** to be electronically filed with the Clerk of the United States District Court for the Southern District of Texas by using the CM/ECF system, which will send notice of such filing to all counsel of record.

This 8th day of October 2026.

/s/ Gregory L. Porter
Gregory L. Porter